UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDE LEFOUMBA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-05-0084 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On May 16, 2005, the parties consented to proceed before a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment (Docket Entry #17). On October 27, 2005, the court entered an order dismissing the matter without prejudice to re-filing in state court. It is therefore

ORDERED that this case is DISMISSED, without prejudice. Each party is to bear its own court costs. This is a FINAL JUDGMENT.

The Clerk of the Court shall enter this Final Judgment and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 27th day of October, 2005.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE